# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| KATHRYN THYNE,<br>individually and on behalf<br>of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>TARGETED METRICS, LLC<br>d/b/a NEAR DIRECT,<br><br>　　Defendant. | )<br>)<br>)<br>) No. 4:18-cv-00669-RLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kathryn Thyne, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and with consent of Defendant Targeted Metrics, LLC, dismisses this action with prejudice, with both parties to bear their own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　SCHULTZ & ASSOCIATES LLP

　　　　　　　　　　　　　　　　　　By:  /s/ Ronald J. Eisenberg
　　　　　　　　　　　　　　　　　　　　Ronald J. Eisenberg, #48674MO
　　　　　　　　　　　　　　　　　　　　640 Cepi Drive, Suite A
　　　　　　　　　　　　　　　　　　　　Chesterfield, MO 63005
　　　　　　　　　　　　　　　　　　　　(636) 537-4645
　　　　　　　　　　　　　　　　　　　　Fax:  (636) 537-2599
　　　　　　　　　　　　　　　　　　　　reisenberg@sl-lawyers.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

1

With consent:

CONDON TOBIN SLADEK THORNTON PLLC

By: /s/ Jared T.S. Pace
Jared T.S. Pace (admitted *pro hac vice*)
Texas Bar No. 24079098
8080 Park Lane, Ste. 700
Dallas, Texas 75231
(214) 265-3800
Fax: (214) 269-6311
jpace@ctstlaw.com

and

SHOOK AND HARDY, LLP
Rebecca Joy Schwartz
2555 Grand Blvd.
Kansas City, Missouri 64108
816-474-6550 x23025
Fax: 816-421-5547
rschwartz@shb.com

*Attorneys for Targeted Metrics, LLC*

## CERTIFICATE OF SERVICE

I certify that on March 12, 2019, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

/s/ Ronald J. Eisenberg